IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WOODWARD,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DOE,<br><br>    Defendant. | No. C 09-05437 CW (PR)<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

Plaintiff, a prisoner of the State of California, filed a letter with the Court in the instant case, which was opened as a civil rights action. On the same day the letter was filed the Clerk of the Court sent a notice to Plaintiff informing him that his action could not go forward until he filed with the Court a civil rights complaint form, completed in full, within thirty days or his action would be dismissed. He was also sent another notice directing him to either pay the filing fee or filed a completed prisoner's in forma pauperis application within thirty days or his action would be dismissed. The Clerk sent Plaintiff a blank civil rights complaint form, as well as a blank in forma pauperis application.

1  On November 30, 2009, mail directed to Plaintiff by the Court
2  was returned to the Clerk with a notation that it was
3  undeliverable. To date, Plaintiff has not updated his address with
4  the Court or submitted any further pleadings in this case.
5  Pursuant to Northern District Local Rule 3-11 a party
6  proceeding pro se whose address changes while an action is pending
7  must promptly file a notice of change of address specifying the new
8  address. See L.R. 3-11(a). The court may, without prejudice,
9  dismiss a complaint when: (1) mail directed to the pro se party by
10 the court has been returned to the court as not deliverable, and
11 (2) the court fails to receive within sixty days of this return a
12 written communication from the pro se party indicating a current
13 address. See L.R. 3-11(b).
14 More than sixty days have passed since the mail directed to
15 Plaintiff by the Court was returned as undeliverable. The Court
16 has not received a notice from Plaintiff of a new address.
17 Accordingly, the complaint is DISMISSED without prejudice pursuant
18 to Rule 3-11 of the Northern District Local Rules.
19 The Clerk shall enter judgment in accordance with this Order,
20 and close the file.
21 IT IS SO ORDERED.
22 Dated: 2/2/10

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WOODWARD,<br><br>   Plaintiff,<br><br> v.<br><br>/ et al,<br><br>   Defendant.       / | Case Number: CV09-05437 CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brian Woodward G-53483
Mule Creek State Prison
P.O. Box 409060
C GXM 127L
Ione, CA 95640

Dated: February 2, 2010

               Richard W. Wieking, Clerk
               By: Sheilah Cahill, Deputy Clerk

3